# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RICHARD E. MARKS,                           )   1:07-cv-00966-AWI-TAG HC
                                            )
                        Petitioner,         )   ORDER WITHDRAWING FINDINGS AND
                                            )   RECOMMENDATION ISSUED ON MAY 15,
        v.                                  )   2008 (Doc. 21)
                                            )
                                            )
JEFFREY A. WRIGLEY, Warden,                 )
                                            )
                        Respondent.         )
_____ )

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

        On July 6, 2007, Petitioner filed the instant petition in this Court.  (Doc. 1).  On March 4,

2008, pursuant to the Court's order, Respondent filed his answer to the petition.  (Doc. 17).

Subsequently, Petitioner notified the Court that he had been transferred from the Federal

Correctional Institution, located at Taft, California, which is within the jurisdiction of this Court.

On March 7, 2008, to the Federal Correctional Institution Forrest City Low, located in Forrest

City, Arkansas, which is not within the jurisdiction of this Court.  (Doc. 19).   On May 15, 2008,

the Court issued Findings and Recommendations to dismiss the petition for lack of jurisdiction

based on a lack of personal jurisdiction over Respondent, who is subject to the jurisdiction of the

United States District Court for the District of Arkansas.   (Doc. 21).  Petitioner timely filed

objections to the Court's Findings and Recommendations.  (Doc. 22).

1    After further review, and considering that the case is currently already at issue and ready

2    for decision in this jurisdiction, the Court will withdraw the Findings and Recommendations

3    issued on May 15, 2008.  The Court currently has a large habeas corpus docket and reviews each

4    case on the merits in the order in which the cases became ready for a decision.  Thus, this case,

5    like all habeas cases, will be decided in due course in its proper turn.

6                                          **ORDER**

7    Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued

8    on May 15, 2008 (Doc. 21), are WITHDRAWN.

9

10   IT IS SO ORDERED.

11   Dated:   **July 10, 2008**                                    **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28