# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD E. MARKS, | ) | 1:07-cv-00966-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING AS MOOT |
| | ) | PETITIONER'S MOTION TO DELAY |
| v. | ) | TRANSFER (Doc. 8) |
| | ) | |
| JEFFREY A. WRIGLEY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 18, 2007, Petitioner filed a motion requesting that the Court enter an order prohibiting the Bureau of Prisons from transferring him to a federal facility of Forrest City, Arkansas.  (Doc. 8).  Petitioner's place of confinement at that time was the Taft Correctional Institution, Taft, California, which is being converted into a facility for immigration detainees and all non-immigration inmates are being relocated to other federal facilities.

On March 7, 2008, before the Court ruled on Petitioner's motion, Petitioner submitted a notice of change of address to the federal facility in Forrest City, Arkansas.  (Doc. 19).  Accordingly, the instant motion is moot.

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion to delay transfer (Doc. 8), is DENIED as MOOT.


IT IS SO ORDERED.

Dated:   **August 7, 2008**                                      **/s/ Theresa A. Goldner**
                                                         UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California